review (see, CPL 470.05 [2]; *People v Clarke*, 222 AD2d 1035, *lv denied* 88 NY2d 934). In any event, there is insufficient evidence in the record to support the charge (see, *People v Hill*, 255 AD2d 969, *lv denied* 92 NY2d 1050).

We further conclude that defendant received meaningful representation (see, *People v Satterfield*, 66 NY2d 796, 798-799; *People v Baldi*, 54 NY2d 137, 147). We have reviewed the remaining contentions, including those raised in defendant's *pro se* supplemental brief, and conclude that they are without merit. (Appeal from Judgment of Monroe County Court, Egan, J.—Assault, 1st Degree.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.

 FERHAN ARICAN et al., Appellants, v COUNTY OF MONROE, Respondent. (Appeal No. 1.) [692 NYS2d 630] —Appeal unanimously dismissed without costs (see, *Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; see also, *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.

 FERHAN ARICAN et al., Appellants, v COUNTY OF MONROE, Respondent. (Appeal No. 2.) [692 NYS2d 633] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Frazee, J. (Appeal from Judgment of Supreme Court, Monroe County, Frazee, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.

 MARK GIRTY, Respondent, v NIAGARA MOHAWK POWER CORPORATION et al., Appellants, et al., Defendants. ALLTEL NEW YORK, INC., Third-Party Plaintiff-Respondent, v KENYA CORPORATION, T/A CHANNEL COMMUNICATIONS, Third-Party Defendant-Appellant. TERRANCE G. STEPHAN et al., Third-Party Plaintiffs-Respondents, v KENYA CORPORATION, T/A CHANNEL COMMUNICATIONS, Third-Party Defendant-Appellant. [691 NYS2d 822] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Plaintiff, a lineman employed by third-party defendant, commenced this action to recover damages for injuries he sustained while installing cable television lines. Defendant Paragon Cable T.V. (Paragon), the owner of the lines, hired third-party defendant to install the lines. At the time of the accident, plaintiff was working approximately 15 feet above the ground on a utility pole jointly owned by defendant Niagara Mohawk Power Corporation (Niagara Mohawk) and defendant